■ RICHARD SNYDER, as Guardian of PERRIN SNYDER, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [767 NYS2d 620]—

Order, Supreme Court, New York County (Robert Lippmann, J.), entered September 10, 2002, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendant did not have a duty to warn plaintiff Perrin Snyder of the danger of leaning over the subway platform in such a manner as to place his body in the path of an oncoming train. Under the circumstances, plaintiff's injury was attributable solely to his own reckless conduct (*see Gao Yi Feng v Metropolitan Transp. Auth.*, 285 AD2d 447, 448 [2001]; *Brown v Metropolitan Tr. Auth.*, 281 AD2d 159, 160-161 [2001]). Concur—Tom, J.P., Andrias, Saxe and Ellerin, JJ.

■ ALBION ALLIANCE MEZZANINE FUND, L.P., et al., Appellants, v STATE STREET BANK AND TRUST COMPANY, Respondent. [767 NYS2d 619]—Order, Supreme Court, New York County (Herman Cahn, J.), entered April 28, 2003, judgment, same court and Justice, entered April 29, 2003, and order, same court and Justice, entered on or about May 20, 2003, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Tom, J.P., Andrias, Saxe and Ellerin, JJ.